193 So. 324
### Avie U. THOMPSON v. STATE.
#### 4 Div. 126.

Supreme Court of Alabama.
Jan. 18, 1940.

THOMAS, Justice.

Petition of Avie U. Thompson for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case styled Thompson v. State, Ala.App., 193 So. 323.

Writ denied.

BOULDIN, BROWN, and KNIGHT, JJ., concur.